F01P0080

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on  12/22/2023  while exercising my duties as a law enforcement officer in the  Eastern  District of  KY

Pursuant to 16USC 551: The US Forest Service was notified of a timber theft that occurred on the Daniel Boone National Forest, London Ranger District in Estill County and Lee County Kentucky within the Eastern District of Kentucky. I conducted the investigation, and two theft sites were located along Little Ross Creek Road, identified as Site 1 in Estill County, and Site 2 in Lee County.

During the course of my investigation, a male suspect was identified as Autumn REED. REED was subsequently interviewed multiple times. During several of the interviews, REED admitted to cutting and removing timber at Site 1 and Site 2. REED admitted to driving into Site 2 and dragging logs out of the area with a vehicle. Site 2 was located off of a designated road and caused significant ground disturbance damaging local vegetation by a vehicle. Site 2 had additional cut vegetation in the form brush and smaller trees that were damaged in order to remove the high value timber.

REED admitted to transporting the high value stolen timber to a local log buyer, Roundtree Corporation, in Irvine Kentucky. During the investigation I was supplied log ticket records from Roundtree Corporation showing timber sales between REED and Roundtree.

A timber damage assessment was completed for the thefts. In total REED cut and/or damaged sixteen trees for a total value of $1,261.14. Personnel costs for completing the assessment were $782.80.

An archeological assessment was completed for the sites. No archeological sites were located in the disturbed area. Approximately 7,968 square feet of ground was disturbed, which is approximately the same size as a baseball infield. Personnel costs for completing the assessment were approximately $424.21.

Based on triple stumpage value for restitution and personnel costs associated with the assessments, the total cost to the government for restitution is approximately $4,990.13.

The foregoing statement is based upon:

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on:  12/22/2023  _____
                Date (mm/dd/yyyy)         Officer's Signature

☐ Probable cause has been stated for the issuance of a warrant.

Executed on:  _____
                Date (mm/dd/yyyy)         U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident;    PASS = 9 or more passenger vehicle;

CDL = Commercial drivers license;    CMV = Commercial vehicle involved in incident